**Carmen M. LAFFEY, Plaintiff,**

v.

**INDEPENDENT SCHOOL DISTRICT # 625, Defendant.**

**Civ. No. 3–90–290.**

United States District Court,
D. Minnesota,
Third Division.

Sept. 30, 1992.

James Vincent Roth, Leonard Street & Deinard, Minneapolis, Minn., for Carmen M. Laffey.

Carmen M. Laffey, pro se.

Thomas Michael Sipkins, Donald M. Lewis, John M. Baker, Popham Haik Schnobrich & Kaufman, Minneapolis, Minn., for St. Paul Technical Vocational Institute and Independent School Dist. No. 625.

## ORDER

LEBEDOFF, United States Magistrate Judge.

The above-entitled matter is before the undersigned Magistrate Judge of District Court pursuant to Plaintiff's Motion to Proceed IFP (In Forma Pauperis).[1]

This Court has reviewed the evidence submitted by Ms. Laffey and finds that she is entitled to proceed in forma pauperis.

Based on the foregoing, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

Plaintiff's Motion to Proceed IFP is GRANTED.

---

1. On September 9, 1992, this Court dismissed as moot Plaintiff's Motion to Proceed IFP. However, pursuant to instructions from the United States Court of Appeals for the Eighth Circuit, this Court must make a ruling on Plaintiff's motion.